UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD MCBRIDE,<br><br>          Plaintiff,<br><br>     v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>          Defendants. | Case No.   5:15-cv-02481-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 34 |

Having reviewed the Case Management Statement (Docket Item 34), the Court finds that a scheduling conference is premature at this time. Accordingly, the Case Management Conference scheduled for September 03, 2015, is CONTINUED to **10:00 a.m. on December 10, 2015**. The parties shall file an updated Joint Case Management Conference Statement on or before **December 03, 2015**, unless a stipulated request to stay this action is filed prior to that date.

**IT IS SO ORDERED.**

Dated: August 31, 2015

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:15-cv-02481-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE