

**GRANTED**
Judge Edward J. Davila

The 5/19/2016 Case Management Conference is VACATED. The Clerk shall close this file.
5/11/2016

Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| RICHARD MCBRIDE,<br><br>          Plaintiff,<br><br>     vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>          Defendants. | Federal Case No.: 5:15-CV-02481-EJD<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT COAST TO COAST FINANCIAL SOLUTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Richard McBride, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant Coast to Coast Financial Solutions as to all claims in this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

   (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1      (1) a notice of dismissal before the opposing party serves either an answer
2           or a motion for summary judgment.
3      Defendant Coast to Coast Financial Solutions has neither answered Plaintiff's Complaint,
4 nor filed a motion for summary judgment.  Accordingly, the matter may be dismissed against it for
5 all purposes and without an Order of the Court.

7 Dated: May 11, 2016                    Sagaria Law, P.C.

                                         By:    */s/ Elliot W. Gale*
                                                Elliot W. Gale
                                         Attorneys for Plaintiff
                                         Richard McBride